**Fill in this information to identify the case:**

Debtor 1: Lynn Cox

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 20-12774

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 9 3

**Date of payment change:** 08/22/20
Must be at least 21 days after date of this notice

**New total payment:** $ 268.42
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: number of days in the month changes the amount due

   Current mortgage payment: $ 264.99    New mortgage payment: $ 268.42

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Lynn Cox | Case number (if known) | 20-12774 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

■ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Nancy Anderson*
Signature

Date  08 / 03 / 2020

Print: Nancy Anderson
First Name   Middle Name   Last Name

Title: Bankruptcy Administrator

Company: Santander Bank, N.A.

Address: 450 Penn Street
Number       Street
Reading            PA      19602
City              State   ZIP Code

Contact phone (610) 401 – 9311

Email: DeftBkr@santander.us

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Lynn Cox

Debtor

Chapter #13  
Case No. 20-12774  
Honorable Ashely M. Chan

_____/

## CERTIFICATE OF SERVICE

    I, Nancy Anderson of Santander Bank, N.A., do hereby certify that on August 3, 2020, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 3rd day of August, 2020.

    Nancy Anderson  
    Santander Bank, N.A.  
    Bankruptcy Administrator  
    450 Penn Street  
    Reading, PA 19602  
    (610) 401-9311  
    Email: DeftBkr@santander.us

VIA US MAIL  
Lynn Cox  
1204 Harrison Street  
Philadelphia, PA 19124

VIA ECF  
William C. Miller  
P.O. Box 1229  
Philadelphia, PA 19105

David M. Offen  
DMO160WEST@GMAIL.COM

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| **Account Number:** | |
| Statement Period From: | 06/30/2020 |
| Statement Period Through: | 07/30/2020 |
| Days in Statement Period | 31 |
| Current Balance | 30,467.75 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |

| | |
|---|---|
| **Minimum Payment:** | 268.42 |
| **Payment Due Date:** | 08/22/2020 |

LYNN R COX
1204 HARRISON ST
PHILA, PA 19124-2910

**IMPORTANT MESSAGES**

| | | | |
|---|---|---|---|
| Principal Due | $126.73 | Beginning Balance | $30,641.05 |
| **INTEREST CHARGE** Due | **$141.69** | Advances | $0.00 |
| Past Due Amount | $0.00 | Payments Received | $314.99 |
| Late Charges Due | $0.00 | **INTEREST CHARGE** | **141.69** |
| **Total Minimum Payment Due** | **$268.42** | Ending Balance | $30,467.75 |

**SUMMARY OF REVOLVING ACCOUNT BALANCE**

| | | | |
|---|---|---|---|
| Periodic Rate From | 06/30/2020 | Periodic **INTEREST CHARGE** | $141.69 |
| Periodic Rate Through | 07/30/2020 | **ANNUAL PERCENTAGE RATE** | 5.5000 |
| Payment Amount | 268.42 | | |
| Daily Periodic Rate* | .0001502732 | | |
| Balance Subject to Interest Rate | $30,416.39 | Ending Principal | $30,326.06 |

* The daily periodic rate may vary

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 06/30/2020 | BEGINNING PRINCIPAL | | 30,453.34 |
| 07/08/2020 | 07/07/2020 | PAYMENT RECEIVED - THANK YOU | 50.00 | 30,453.34 |
| | | ANNUAL FEE | 50.00 | |
| 07/23/2020 | 07/22/2020 | PAYMENT RECEIVED - THANK YOU | 264.99 | 30,326.06 |
| | | TO PRINCIPAL | 127.28 | |
| | | ** INTEREST CHARGE ** | 137.71 | |
| | 07/30/2020 | ENDING PRINCIPAL | | 30,326.06 |

*************************************************** **FEES** ***************************************************
TOTAL FEES THIS PERIOD                                              0.00

****************************************** **INTEREST CHARGED** ******************************************
TOTAL INTEREST THIS PERIOD                                       141.69

***************************************** **2020 TOTALS YEAR-TO-DATE** *****************************************
TOTAL FEES CHARGED                                                50.00
TOTAL INTEREST CHARGED                                           668.76

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 08/22/2020 | 268.42 | |

LYNN R COX
1204 HARRISON ST
PHILA, PA 19124-2910

*Make Check Payable To:*

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255