**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                                                    (State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change                              **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____        **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:        ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice        ____/____/_____

**New total payment:**
Principal, interest, and escrow, if any        $ _____

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____        **New escrow payment:** $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

Debtor 1 _____    Case number (*if known*) _____
        First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ *Melissa A. Epler* _____    Date ____/____/_____
    Signature

Print: _____    Title _____
      First Name    Middle Name    Last Name

Company _____

Address _____
        Number        Street

        _____
        City            State    ZIP Code

Contact phone (_____) _____– _____    Email _____

## STATEMENT OF ACCOUNT

| | |
|---|---|
| **Account Number:** | |
| Statement Period From: | 06/30/2021 |
| Statement Period Through: | 07/30/2021 |
| Days in Statement Period | 31 |
| Current Balance | 27,802.04 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |

**LYNN R COX**
**1204 HARRISON ST**
**PHILA, PA 19124-2910**

| | |
|---|---|
| **Minimum Payment:** | 245.01 |
| **Payment Due Date:** | 08/22/2021 |

## IMPORTANT MESSAGES

| | | | |
|---|---|---|---|
| Principal Due | $115.51 | Beginning Balance | $27,972.54 |
| **INTEREST CHARGE** Due | **$129.50** | Advances | $0.00 |
| Past Due Amount | $0.00 | Payments Received | $300.00 |
| Late Charges Due | $0.00 | **INTEREST CHARGE** | **129.50** |
| **Total Minimum Payment Due** | **$245.01** | Ending Balance | $27,802.04 |

## SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 06/30/2021 | Periodic **INTEREST CHARGE** | $129.50 |
| Periodic Rate Through | 07/30/2021 | **ANNUAL PERCENTAGE RATE** | 5.5000 |
| Payment Amount | 245.01 | | |
| Daily Periodic Rate* | .0001506849 | | |
| Balance Subject to Interest Rate | $27,723.31 | Ending Principal | $27,672.54 |
| * The daily periodic rate may vary | | | |

## TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 06/30/2021 | BEGINNING PRINCIPAL | | 27,846.43 |
| 07/02/2021 | 07/01/2021 | PAYMENT RECEIVED - THANK YOU | 250.00 | 27,722.54 |
| | | TO PRINCIPAL | 123.89 | |
| | | ** INTEREST CHARGE ** | 126.11 | |
| 07/29/2021 | 07/29/2021 | PAYMENT RECEIVED - THANK YOU | 50.00 | 27,672.54 |
| | | TO PRINCIPAL | 50.00 | |
| | 07/30/2021 | ENDING PRINCIPAL | | 27,672.54 |

******************************************* **FEES** *******************************************
| | |
|---|---|
| TOTAL FEES THIS PERIOD | 0.00 |

**************************************** **INTEREST CHARGED** ****************************************
| | |
|---|---|
| TOTAL INTEREST THIS PERIOD | 129.50 |

*************************************** **2021 TOTALS YEAR-TO-DATE** ***************************************
| | |
|---|---|
| TOTAL FEES CHARGED | 0.00 |
| TOTAL INTEREST CHARGED | 904.76 |

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 08/22/2021 | 245.01 | |

**LYNN R COX**
**1204 HARRISON ST**
**PHILA, PA 19124-2910**

*Make Check Payable To:*

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13
      Lynn Cox                                    Case No. 20-12774
                                Honorable Ashely M. Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

      I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on August 3, 2021, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

      Signed under the penalties of perjury, this 3rd day of August 2021.


                                  *Melissa A. Epler*
                                  Melissa A. Epler
                                  Santander Bank, N.A.
                                  Bankruptcy Administrator
                                  450 Penn Street
                                  Reading, PA 19602
                                  (610) 401-9312
                                  Email: DeftBkr@santander.us


VIA US MAIL
Lynn Cox
1204 Harrison Street
Philadelphia, PA 19124

VIA ECF
William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen
DMO160WEST@GMAIL.COM